| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Plaintiff,

v.

CASSANDRA BURNS, *et al.*,

Defendants.

Case No. 2:24-cv-2176-DC-JDP

ORDER AFTER HEARING

This case was before the court on May 15, 2025, for hearing on plaintiff's motion for default judgment against defendants Robert Burns, II and Robert Burns Foundation ("Foundation") and for entry of judgment in favor of defendant Cassandra Burns. ECF No. 14. Attorney Alexis Buese appeared on behalf of plaintiff, and attorney Sean Culligan appeared on behalf of defendant Cassandra Burns. Defendants Robert Burns and Foundation did not appear.

For the reasons stated on the record, the court finds that plaintiff failed to properly serve defendants Robert Burns and Foundation with a copy of the summons and complaint. Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for default judgment against defendants Robert Burns and Foundation and for entry of judgment in favor of defendant Cassandra Burns, ECF No. 14, is DENIED without prejudice.

2. The Clerk of Court is directed to set aside the entry of default as to defendants Robert Burns and Robert Burns Foundation.

IT IS SO ORDERED.

Dated:   May 19, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2