

# United States District Court
# Eastern District of California

| The Lincoln National Life Insurance Company |
|---|
Plaintiff(s)

Case Number: 2:24-cv-02176-DC-JDP

V.

| Cassandra Burns, et al. |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Benjamin A. Johnson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: The Lincoln National Life Insurance Company

On 01/09/2020 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/23/2025            Signature of Applicant: /s/ Benjamin A. Johnson

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Benjamin A. Johnson |
| Law Firm Name: | Bradley Arant Boult Cummings LLP |
| Address: | 1230 Peachtree St NE |
| | Suite 2100 |
| City: | Atlanta     State: GA     Zip: 30309 |
| Phone Number w/Area Code: | (404) 868-2092 |
| City and State of Residence: | Marietta, Georgia |
| Primary E-mail Address: | Bjohnson@bradley.com |
| Secondary E-mail Address: | ljarrett@bradley.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Alexis M. Buese |
| Law Firm Name: | Bradley Arant Boult Cummings LLP |
| Address: | 1001 Water Street |
| | Suite 1000 |
| City: | Tampa     State: FL     Zip: 33602-5809 |
| Phone Number w/Area Code: | (813) 559-5511     Bar # 259812 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 19, 2025

Dena Coggins
United States District Judge