# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　Plaintiff,<br><br>vs.<br><br>CASSANDRA BURNS, ROBERT L. BURNS II, and ROBERT BURNS FOUNDATION,<br><br>　　Defendants. | No. 2:24-cv-02176-JDP<br><br>**STIPULATION AND AGREED ORDER FOR LINCOLN TO DEPOSIT INTERPLEADER FUNDS**<br><br><u>Assigned For All Purposes:</u><br><br>Magistrate Judge Jeremy D. Peterson |

**IT APPEARS** by the signature of counsel for The Lincoln National Life Insurance Company ("Lincoln") and Ms. Cassandra Burns ("Ms. Burns") that Lincoln and Ms. Burns are the only parties to appear in this matter, and leave should be granted for Lincoln to deposit the Annuity Benefit into the registry of the Court. Having considered the appropriate matters of record, and noting that the filings by the Robert Burns Foundation do not constitute an appearance, *see* LR 183(a), the Court has determined that good cause exists for the relief requested.

**IT IS THEREFORE ORDERED** as follows:

Lincoln shall be permitted to deposit into the registry of the Court the Annuity Benefit at issue in this case (value fluctuates with the market – $710,476.84 as of August 19, 2025) by check made payable to the Clerk of this Court, representing the amount due under a variable annuity contract bearing contract number 924429987 (the "Lincoln Annuity"), and the Clerk of this Court shall accept such check and shall deposit such funds into the registry of the Court;

**IT IS FURTHER ORDERED** that counsel for Lincoln shall serve a copy thereof on the Court Clerk or the Chief Deputy personally.

IT IS SO ORDERED.

Dated:   September 2, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE